**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **AUSTIN WORKS, MICHAEL LYNCH, CARLTON GRIGSBY, MACK GORDON, CHAD HOLCOMB, CHARLES TILLMAN, SOLOMON WILLIAMS, JAY STEVEN SMITH, TIMOTHY RANDELS, FREDDIE OLIVEAUX, JASON ALBRITTON, and SHAGREY JONES** | **CIVIL ACTION NO. 21cv3567** <br><br> **JUDGE HICKS** |
| **VERSUS** | |
| **FLOWERS FOODS, INC. and FLOWERS BAKING COMPANY OF TYLER, LLC** | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER**

Considering Plaintiffs' Unopposed Motion for Leave to File Oppositions in Excess of 25 Pages (Record Document 85);

**IT IS ORDERED** that the motion is **GRANTED**, permitting Plaintiffs to file their Oppositions to Defendants' Motions for Summary Judgment in excess of twenty-five (25) pages, to be limited to thirty (30) pages.

**IT IS FURTHER ORDERED** that Defendants' reply limit is hereby extended to fifteen (15) pages.

**THUS DONE AND SIGNED** this 16th day of February, 2023, at Shreveport, Louisiana.

_____
UNITED STATES DISTRICT JUDGE